# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Mayfields,**
      **Plaintiff,**

    **V.**

**Equifax Information Services, et al.,**
      **Defendants,**

**CIVIL ACTION**

**NO. 15-40043-TSH**

## ORDER OF DISMISSAL

**Hillman, D. J.**

In accordance with the Court's Order to Show Cause issued on 10/5/15, it is hereby ORDERED that the above-entitled action be and hereby is dismissed, for failure of the plaintiff to show cause why case should not be dismissed.

By the Court,

    2/18/16                             /s/ Martin Castles
     Date                                     Deputy Clerk